Commonwealth, Appellant, *v.* Schwartz et al.

Argued September 20, 1973. *Ronald I. Rosen,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr., Fitzpatrick & Smith; Jacob Kossman,* and *Raymond J. Bradley,* for appellees.

Order affirmed.

SPAULDING, J., absent.